## Commonwealth ex rel. Budzowski, Appellant, v. Budzowski.

Argued April 14, 1970. *Sherman K. Levine,* for appellant; *Alfred V. Papa,* for appellee.

OPINION PER CURIAM: The case is remanded to the court below for an entire new hearing. See *Commonwealth* ex rel. *Shipp v. Shipp,* 209 Pa. Superior Ct. 58, 63, 223 A. 2d 906, 908-09 (1966).

## Commonwealth ex rel. Cima, Appellant, v. Jacobs.

Argued April 14, 1970. *Russell J. Butler, Jr.,* with him *August C. Damian,* and *Damian & Damian,* for appellant; *Joseph N. Cascio,* with him *Fike, Cascio & Boose,* for appellee.

OPINION PER CURIAM: Order vacated and the record remanded to the court below for an entire new hearing, any subsequent order to date from August 19, 1969, the date of the order here on appeal.